# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MARSHA M. LINEBACK,** | ) | **CASE NO. 8:05CV364** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | |
| **Commissioner, Social Security** | ) | |
| **Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion for an extension of time to respond to the Plaintiff's Brief (Filing No. 12).  The Defendant requests a continuance until March 29, 2006.

IT IS ORDERED:

1.      The Defendant's motion for an extension of time to respond to the Plaintiff's Complaint (Filing No. 12) is granted; and

2.      The Defendant's brief shall be filed on or before March 29, 2006.

DATED this 28th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge